Laine T. Cardarella, Federal Public Defender's Office, Kansas City, MO, for Defendant–Appellant.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Kenneth Williams appeals from the final judgment entered by the district court[1] upon his guilty plea to a felon-in-possession charge, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we agree with counsel that there are no non-frivolous issues for appeal, in view of the district court's imposition of the statutory minimum sentence, to which Williams did not object. Accordingly, we affirm. We also grant counsel's motion to withdraw.

**Leroy MCCOY, also known as Malik A. Khabir, Appellant,**

v.

**Linda HUNT, Nurse, North Central Unit, ADC; Bernard Williams, CMS Infirmary Manager, East Arkansas Reginal Unit, ADC; Melissa Hardin, Nurse, North Central Unit, ADC; Chris Spurlock, Nurse, North Central Unit, ADC; Vickie Bybee, Regional Vice–President of CMS; Tom Gensler, Regional Medical Director, CMS; Ella Taylor, RNP, East Arkansas Regional Unit; Thomas Hartmann, Orig-**

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

inally sued at "T. Hartman"; Mekka Morrison Spurlock, originally sued as "Mecca Morrison"; Barbara Gilbert, originally sued as "B. Gilbert"; Brenda Spears Bearden, originally sued as "Brenda Spears," Appellees.

No. 03–3909.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 3, 2005.

Decided Feb. 14, 2005.

Leroy McCoy, #106881, Arkansas Department of Correction Varner Unit, Grady, AR, for Plaintiff–Appellant.

Howard C. Yates, Loh & Massey, Morrilton, AR, James Michael Lewis, Hum-

phries Law Firm, Pine Bluff, AR, for Defendants–Appellees.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Arkansas inmate Leroy McCoy, a/k/a Malik A. Khabir, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Jolly v. Knudsen,* 205 F.3d 1094, 1096 (8th Cir. 2000) (standard of review), we affirm for the reasons stated in the district court's well-reasoned opinion, *see* 8th Cir. R. 47B.

---

1. The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).